



# NEW CONSIGNEE INFORMATION

**AIRWAY BILL NO.** : 7935539625

**DATE ARRIVED FOR NCI** : 25/9

**DELIVERY LOCATION** : [Arabic handwriting]

**CONTACT PERSON** : _____

**TELEPHONE NO.** : _____

**DELIVERY DATE** : _____   **TIME:** _____

| SHIPMENT SCAN | |
|---|---|
| DATE | TIME |
|  |  |
|  |  |

*DHL*

dhl.com