# DR. DANIEL BYMAN

# EXPERT DECLARATION REGARDING THE POPULAR FRONT FOR THE LIBERATION OF PALESTINE (PFLP)

## I. SCOPE OF ENGAGEMENT

I have been asked by counsel for the plaintiffs in *Heching v. Syrian Arab Republic*, No. 1:17-cv-01192-TSC (D.D.C.) and *Heching v. Islamic Republic of Iran*, No. 1:17-cv-01659-TSC (D.D.C.) to provide expert testimony about the Popular Front for the Liberation of Palestine (PFLP) and the state sponsorship the group has received from Syria, with a particular emphasis on the motivations of the Syrian regime and the role of Lebanon in this relationship.

## II. SUMMARY OF OPINIONS

Based on my knowledge as a scholar, professional experience, and research, my expert opinion is that the Syrian regime has long provided an array of political, military, financial and logistical support to the PFLP. This support has aided and facilitated a range of PFLP terrorist attacks and has been instrumental in helping the PFLP survive over the years, including during the time period leading up to the November 18, 2014, synagogue attack in Jerusalem.

Syria's reasons for supporting the PFLP can be grouped into four areas: 1. The PFLP's attacks and political support were a way to threaten Israel; 2. Better ties to the PFLP were a means of improving Damascus' position in intra-Arab politics; 3. Influencing the PFLP was a way to control, or at least guard against, the Palestinian national movement as a whole and the political risks this posed to Syria; and 4. Relations with the PFLP gave Syria more options in general. Given the numerous changes in the Middle East since 1967, when the PFLP was founded, the Syrian regime has required allies to survive, protect its interests, and expand its power. The PFLP has proven one of these allies, and its support has shown up most recently in helping legitimize the Syrian regime's bloody repression against its own Sunni Muslim community in the civil war that broke out in 2011. In exchange, Syrian support has made the PFLP more deadly and helped it survive.

## III. QUALIFICATIONS

I have been working on issues related to the Middle East, terrorism, and national security for over 30 years. I began my professional career as an analyst for the Central Intelligence Agency, where I worked from 1990 until 1993. At the CIA, I examined the politics and security situations of several Middle East countries. I did considerable work on states that support terrorism and on various radical and terrorist groups. While at the CIA, I received two exceptional performance awards for my work.

I went from the CIA to the Massachusetts Institute of Technology, where I studied for my Ph.D. My dissertation, later published, involved research on Syria's and Iran's domestic policies as well as on the Middle East in general.

Beginning in 1995 during my dissertation work and after completing my Ph.D. in 1997, I worked at the RAND Corporation in Washington, D.C. as a policy analyst. RAND is a non-profit federally funded research and development center designed to do research in the public interest. For several years I was also the research director of RAND's Center for Middle East Public Policy. While at RAND, my work examined a range of U.S. national security issues, with a particular emphasis on the Middle East. I did several studies that looked at terrorism problems in the Middle East, Iran's foreign policy and relationship with its neighbors, Israel's relations with its neighbors, and the problems coming from the newly emergent regime in Afghanistan—the Taliban. During this time, I worked closely with various branches of the U.S. military, the U.S. intelligence community, and other government agencies. A full list of my unclassified publications from this time can be found in my *curriculum vitae*.

I left RAND in 2002, when I joined the House and Senate Intelligence Committees in their joint investigation of the intelligence community's performance regarding the 9/11 terrorist attacks (the so-called "9/11 Inquiry"). I was one of four team leaders for this effort. For the Committees, I spent considerable time examining Al Qaeda's history, U.S. counterterrorism policy, and the nature of the jihadist adversary. Much of this examination consisted of interviewing U.S. government and other experts working on terrorism and counterterrorism, and reviewing thousands of pages of documents on these subjects.

I continued doing similar work when I joined the staff of the National Commission on Terrorist Attacks upon the United States, better known as the "9/11 Commission." For the Commission, my work focused on U.S. counterterrorism policy, with a particular emphasis on Al Qaeda operations and U.S. attempts to counter them throughout the Middle East. I reviewed numerous documents and conducted many interviews, building on the past work I had done with the 9/11 Inquiry. For both the 9/11 Inquiry and the 9/11 Commission, I traveled to the Middle East to interview officials there.

While doing work for the 9/11 Commission, I joined the permanent faculty at Georgetown University's Edmund A. Walsh School of Foreign Service in 2003. In 2005, I became the Director of Georgetown's Center for Peace and Security Studies and the associated masters' program in security studies, the largest of its kind and considered by many to be one of the, if not the, world's top program. I held this position from 2005-2010, when I returned to my role as a tenured faculty member without program leadership responsibilities. From 2015-2020, I was Vice Dean for the undergraduate program in the School of Foreign Service, supervising approximately 1,400 students. I teach classes on terrorism, Middle East security, and other topics related to U.S. national security.

In addition to my professorship and responsibilities at Georgetown University, in 2003 I joined the Brookings Institution, a leading non-partisan think tank, as a senior fellow with the Center for Middle East Policy. At Brookings, my work has focused on terrorism and Middle East

2

security. I do considerable work for Brookings on terrorism and U.S. policy in the Middle East. From 2011 to 2016, I was the research director of the Middle East center.

I addition to my formal positions at Georgetown and Brookings, I am a regular consultant to the U.S. government and various corporations on terrorism- and national security-related matters. I also speak regularly on terrorism and the Middle East at institutions in the United States and Europe.

I have written dozens of articles for peer-reviewed academic journals and policy journals (e.g., *Foreign Affairs*), as well as short pieces for the *New York Times, Atlantic Monthly, Wall Street Journal, Washington Post,* and other leading magazines and newspapers. A full list of these articles is given in my *curriculum vitae* at the end of this document. I have done several classified studies on these topics that are not listed in my *vitae*. I am regularly quoted in the media, though several years ago I largely stopped appearing on television.

Several of my books focus on issues related to this Declaration. In 2005, my book *Deadly Connections: States that Sponsor Terrorism* was published by Cambridge University Press. One of the book's sections focuses on Syria and its relationship with Palestinian groups, and another looks at Iran's ties to terrorism. In 2008, my book *The Five Front War: The Better Way to Fight Global Jihad* came out with Wiley and Sons. The book examines Al Qaeda, the success and failures of U.S. counterterrorism efforts, and ways to move forward against this danger. My 2011 book, *A High Price: The Triumphs and Failures of Israeli Counterterrorism*, was published by Oxford University Press. Several of the chapters address Israel's confrontation with Syrian-backed groups and others address Israel's fight against the Iran-backed Lebanese Hizballah. A large section of the book is focused on the Second Intifada. In 2015, I published *Al Qaeda: What Everyone Needs to Know* (Oxford). As the title suggests, it was a comprehensive assessment of the global jihadist movement, including the organization's ties to Syria and Iran. My latest book, *Road Warriors: Foreign Fighters in the Armies of Jihad* (Oxford, 2019) looks at the history of the global jihadist movement and includes the actions of state sponsors like Iran and Syria in facilitating jihadist groups.

I have given several affidavits on the subject of terrorism and testified as an expert witness on two Al Qaeda-related hearings in Canada (Mahjoub DES-7-08 and Jaballah DES-6-08). I submitted an affidavit that was accepted by the Court in re: Havlish, et al. v. bin Laden, et al., *Terrorist Attacks on September 11, 2001,* Case No. 03-MDL-1570 (S.D.N.Y. 2011). I testified as an expert witness in *United States v. Suarez*, No. 17-11906 (11th Cir. 2018). I have also testified several times before the U.S. Congress on the Middle East, terrorism, and related security matters.

A copy of my full curriculum vitae (excluding classified materials) is attached hereto.

## IV.    POLICIES AND GOALS OF THE SYRIAN REGIME

The current Syrian regime dates back to 1969, when Hafez al-Assad, the father of Syria's current leader Bashar al-Assad, consolidated power and sidelined his rival, Salah Jadid. In 1970, Assad

ousted Jadid in a military coup and openly assumed leadership of Syria. Assad was a member of the Arab Socialist Baath Party, which had previously taken power in a coup in 1963. Several years of conspiracy and competition followed that coup. In 1966, a second coup overthrew the original Baath Party leadership, bringing Jadid to power with Assad as his defense minister.

Baathist doctrine blended socialism with secular Arab nationalism, along with a healthy dose of a cult of personality. For most of the 1960s, under Jadid and other Baath leaders, Syria was a radical force in Arab politics, taking an aggressive stance against Israel and moderate Arab regimes. By the standards of his Baath predecessors, Assad was cautious and pragmatic. He eased up on militant socialism at home, reaching out to landowners and other more conservative economic forces as a way to shore up his regime. In addition, he no longer strove to join Syria with other Arab powers in one government and otherwise toned down Arab nationalism in practice, though rhetoric remained bombastic.

Assad did, however, have ambitious foreign policy goals. He sought to compel Israel to return the Golan Heights, territory taken from Syria in the 1967 war and effectively annexed in 1981 (in 2019, the United States would recognize this annexation). In addition, Assad sought to be a leader of the Arab world. Jordan, Lebanon, and Palestinian territories were all once part of greater Syria, and Syrian leaders often believed those areas belonged within Damascus's sphere of influence.[1]

### A Weak Regime

Shaping Assad's policies was his regime's military weakness vis-a-vis Israel. The Jewish state had devastated Syrian forces during the 1967 war. Syria had more success in the 1973 war, but even then, its armed forces proved no match for Israel's military.[2] After Egypt, which was far stronger than Syria, made peace with Israel in 1979, Syria could no longer hope to split Israel's forces and force them to fight on two fronts. In subsequent years, the military gap between Israel and Syria only grew.[3] Conventional war was thus not a viable way for Syria to attain its goals.

In addition to its military weakness, Syria had few friends, making it hard for Syria to attain its goals via diplomacy. Most of the Arab states aligned with the United States, and many of those that did not, such as Libya after Qaddafi took power in 1969 and the radical Marxist regime in South Yemen, were weak, unreliable, or both. Although Syria was part of the Soviet camp during the Cold War, it was not a close ally of Moscow, and in general the Soviet Union invested little in the Middle East (though it did play an important role in arming Syria). Assad's fellow Baath regime in Iraq believed it was the rightful leader of the Arab community, leading to a fierce rivalry between the ostensibly ideologically similar regimes. The particulars have varied over the last fifty years, but, in general, Syria had few close friends and mostly allies of convenience.

---

[1] Raymond A. Hinnebusch, "Syrian Policy in Lebanon and the Palestinians," *Arab Studies Quarterly* 8, no. 1 (1986): 1-20, www.jstor.org/stable/41857807.
[2] Kenneth M Pollack, *Arabs at War: Military Effectiveness, 1948-1991*, (University of Nebraska Press, 2004).
[3] Anthony H. Cordesman, Aram Nerguizian, and Ionut C. Popescu, *Israel and Syria: The Military Balance and Prospects of War* (ABC-CLIO, 2008).

4

When Hafez al-Assad took power, the Syrian regime's legitimacy was weak, and Syria's foreign policy often reflected domestic legitimacy concerns more than broader strategic goals. Economically, Syria performed poorly, and the regime (in contrast to several Arab Gulf states) did not provide a high standard of living to its citizens. In addition, Assad ruled as a dictator, and thus lacked democratic legitimacy. Finally, Assad hailed from a religious minority, and to ensure loyalty in a coup-prone country he filled the military's senior ranks with fellow Alawi Muslims even though they only compromised roughly 12 percent of the country's population for most of Syria's modern history (the civil war that commenced in 2011 has dramatically altered the country's demographics). Many Sunni Muslims, the majority population in Syria, see the Alawis as religiously suspect and in any event resented their dominance.[4] Because of this weak legitimacy, Assad feared that foreign policy failures, concessions in negotiations, defeat in war, or other potential humiliations would lead to his overthrow at home.

This legitimacy concern was even greater for Assad's son Bashir, who assumed power in 2000. Bashar had not been groomed for power but became the heir apparent after his older brother Basel died in a car crash in 1994. He did not enjoy the grudging respect his father had gained and was vulnerable to challenges to his rule even before the protests and civil war that began in 2011.[5]

In part due to the Baathist ideology that stressed a pan-Arab identity, but also in part due to the regime's minority status, Assad stressed Arab unity and the struggle against Israel. Unity, however, proved divisive. It led to conflict with fellow Arab states as to what unity meant, how it should be implemented, and who should lead it. In addition, over the years Egypt, Jordan, Lebanon, and Syria itself would negotiate with Israel but rarely in unison, creating stresses and rivalries in the process.

### The Palestinian Challenge

The Palestinian cause was both an opportunity and a threat for the Assad regime. For decades after Israel was created in 1948, the Palestinian issue dominated Arab politics. Syria long proclaimed itself the "beating heart of Arabism," and this image is a constant in its propaganda.[6] As such, it sought to transcend its sectarian nature and otherwise improve its legitimacy by proclaiming itself the state most committed to defeating Israel and advancing the Palestinian cause. Damascus used its supposed steadfastness as a cudgel against Egypt, Jordan, and other countries that might make concessions to Israel or otherwise not support absolutist positions on negotiations.

Despite this rhetorical embrace, the Palestinian issue was commonly viewed as a threat to the regime. Assad's biographer, Patrick Seale, relates that "In Asad's scheme of things, the Palestine

---

[4] Nikolaos Van Dam, *The Struggle for Power in Syria: Politics and Society under Asad and the Ba'th Party* (IB Tauris, 2011); Tom Heneghan and David Cutler, "Syria's Alawites, a Secretive and Persecuted Sect," ed. Peter Millership, Reuters, January 31, 2012, https://www.reuters.com/article/us-syria-alawites-sect-idUSTRE80U1HK20120131.
[5] Eyal Zisser, "Does Bashar Al-Assad Rule Syria?," *Middle East Quarterly*, 2003, 15-23.
[6] Aaron Kalman, "Syria Will Remain Heart of Arabism, Defiant Assad Says," The Times of Israel, February 11, 2013, https://www.timesofisrael.com/syria-will-remain-heart-of-arabism-defiant-assad-says/.

problem was too important to be left to the Palestinians."[7] Assad believed its outcome would shape Arab politics, and so he tried to dominate the movement. Because Assad tied his legitimacy to the Palestinians, he was left vulnerable to their actions and criticisms. Should they be subordinate to another Arab power, as had happened when Egyptian leader Gamal Abdel Nasser was at his peak popularity before the 1967 war, that would undermine Assad's claim of leadership. In addition, because of his regime's military weakness, his commitments to the Palestinians had to be tempered by the possibility of military defeat should Israel be provoked too much. Palestinian cross-border raids and other attacks had played a major role in sparking the 1956 and 1967 wars, and Assad did not want to risk another defeat at Israel's hands.

### A Pragmatic Foreign Policy

Assad would prove pragmatic as he pursued his many goals. Syria at times allied with one rival Arab state against another in frequently shifting coalitions. Damascus also made overtures to the United States at different times while declaring it an enemy in others. Syria would fight for the Palestinians but would not hesitate to criticize them as well. Assad's regime saw itself as the champion of Arabism and thus justified narrow realpolitik decisions that focused on Syria by claiming that what helped Syria helped the Arab nation in general.[8]

In 1982, Assad formed a close relationship with Iran, a revolutionary theocratic and Persian state that was ideologically far from Syria. Both countries, however, saw Iraq, Israel, and the United States as enemies. Assad also worked with a wide range of terrorist groups, and their ideologies varied tremendously. Groups included Hamas, the Lebanese Hizballah, and various Palestinian groups. Cooperation between Syria and Iran was particularly strong in Lebanon, where many PFLP personnel resided and operated. Iran had a strong operational and ideological connection to the Lebanese Hezbollah.[9] Syria, for its part, saw Hezbollah as a way to strike at Israel and as an ally to ensure Syrian influence within Lebanon. Hezbollah was a loyal ally to both sponsors, and it would play an important role backing the Syrian regime when civil war broke out in 2011.[10]

These general goals have endured to this day. Syria still seeks to regain the Golan Heights and preserve a position of influence. It remains weak militarily and diplomatically, however, relying heavily on Iran as its only true ally and working with Russia and other states as partners of convenience. The Palestinian issue has declined in importance to the Arab world, but Damascus still sees the Palestinians as both a threat and a tool. Finally, the regime's legitimacy is weaker than ever, undermined by the genocidal levels of killing that occurred since 2011 in the Syrian civil war. These goals have shaped Syrian conduct over the years, and the Assad regime's failure to achieve most of these suggest how self-defeating many of its policies are.

---

[7] Patrick Seale, *Asad: The Struggle for the Middle East* (Berkeley, CA: University of California Press, 1995), p. 348.
[8] Hinnebusch, "Syrian Policy in Lebanon and the Palestinians."
[9] Matthew Levitt, *Hezbollah: The Global Footprint of Lebanon's Party of God*, (Georgetown University Press, 2015).
[10] "Hizbollah's Syria Conundrum," Crisis Group, March 14, 2017, https://www.crisisgroup.org/middle-east-north-africa/eastern-mediterranean/lebanon/175-hizbollah-s-syria-conundrum.

## V.     HOW THE PFLP ADVANCED SYRIA'S GOALS

The PFLP was founded in Lebanon in 1967 as a successor to the Arab Nationalist Movements (ANM), and most of its leaders were based there. The ANM, for its part, had coalesced around students studying at the American University of Beirut after the 1948 war following Israel's creation and the mass Palestinian refugee flows that ensued. The ANM argued that Palestine would be liberated after Arab regimes unified and modernized. The ANM thus supported Egyptian leader Nasser as the logical liberator and unifier, but the humiliating defeat of Arab states in 1967 discredited Nasser and the ANM's strategy of victory.[11]

The PFLP sought to destroy Israel as a Jewish state and replace it with a secular, Marxist-oriented Palestinian Arab government. The group saw itself as a vanguard movement that would mobilize the working classes and wage revolutionary warfare.[12] It would try to do so through anti-imperialist guerrilla violence and terrorism, eventually exhausting Israel. It also opposed conservative Arab regimes such as Saudi Arabia and Jordan, believing an Arab revolution was necessary in order to defeat Israel. Its founder, George Habash, famously said, "the road to Jerusalem passes through Amman"[13] and Wadie Haddad, the group's operations chief for many years and terrorist mastermind, contended, "The road to Tel Aviv passes through Damascus, Baghdad, Amman and Cairo."[14]

For over a decade after the PFLP was founded, the Syrian regime's relationship with the group was at times supportive but often suspicious and even hostile. Starting in 1982, however, the relationship began to change.[15] Syria and the PFLP drew closer, and this relationship solidified during the peace process years of the 1990s and then the Second Intifada of the early 2000s. In its aftermath, Syria continued to support the PFLP. For most of the years that followed, Syria was the PFLP's primary external sponsor, supporter, and ally.

### What the PFLP Gained

The PFLP shared some important ideological goals with the Assad regime. Habash, like the Baath in Syria, contended that the social and political battle were one. Habash claimed that Israel defeated the Arab states because of the "backwardness of the Arab world" and called for rebuilding Arab society along secular and scientific lines.[16] The PFLP embraced a Marxist

---

[11] Yezid Sayigh, *Armed Struggle and the Search for State: the Palestinian National Movement*, 1949-1993 (Clarendon Press, 1997), p. 71; Michael Hudson, "The Palestinian Arab Resistance Movement: Its Significance in the Middle East Crisis," Middle East Journal 23, no. 3 (1969): 291-307, https://www.jstor.org/stable/4324473.
[12] Harold M. Cubert, *The PFLPs Changing Role in the Middle East* (London: Routledge, 1997).
[13] Francesco Saverio Leopardi, "Popular Front for the Liberation of Palestine in Decline (1982-2007): Political Agency and Marginalisation," (dissertation, University of Edinburgh, 2017), p. 54-58.
[14] Muhammad Y. Muslih, "Moderates and Rejectionists within the Palestine Liberation Organization," *Middle East Journal* 30, no. 2 (1976): 127-40, www.jstor.org/stable/4325481, p. 138; Sayigh, *Armed Struggle and the Search for State,* p. 73.
[15] "Affidavit of Charles E. Allen," July 22, 1987, Ronald Reagan Presidential Library Digital Library Collections, Counterterrorism and Narcotics, Office of, NSC: Records, Terrorism Groups: PFLP [Popular Front for the Liberation of Palestine], RAC Box 7, https://www.reaganlibrary.gov/public/digitallibrary/smof/counterterrorism/r7/terrorismgroups-pflp.pdf, p. 5.
[16] John K. Cooley, *Green March, Black September (RLE Israel and Palestine): The Story of the Palestinian Arabs*, (Routledge, 2015), p. 135; Muslih, "Moderates and Rejectionists," p. 138.

worldview, but it did so not along Soviet lines but rather in keeping with a third-world revolutionary view, embracing Che Guevara, Mao, and others whose ideas were more in keeping with the times. The PFLP also embraced many maximalist goals, which Syria also endorsed (though was willing to abandon when negotiations looked more promising). These goals include establishing a Palestinian state where Jews are a minority, having all Palestinian refugees return, and overthrowing monarchies in Jordan and other Arab countries.

The PFLP pioneered airplane hijackings in the late 1960s and early 1970s, attacking Israeli and Western airlines as well as conducting other, less-dramatic, attacks. High-profile terrorism allowed the PFLP to attract recruits and to outshine its many rivals.[17] As Habash put it, "To kill a Jew far from the battlefield has more effect that killing 100 of them in battle; it attracts more attention. And when we set fire to a store in London those few flames are worth the burning down of two kibbutzim."[18]

The U.S. government has listed the PFLP as a Foreign Terrorist Organization since 1997, the first year it began to formally designate groups, and as of 2019 held it responsible for killing at least 20 U.S. citizens.[19] The PFLP also worked with other terrorist groups to attack Israel, most notably when the Japanese Red Army shot 28 people at Ben Gurion Airport. After it moved away from airplane hijacking and other high-profile forms of international terrorism in the early 1970s, the PFLP's strategy called for guerrilla war and terrorism against Israel, which it justified by claiming Israeli civilians were "military personnel in civilian clothes" because of Israel's military reserve system.[20] The PFLP (in contrast to Yasir Arafat's Fatah) had only limited grassroots support and fewer international supporters, and thus it relied more heavily on violence to achieve its objectives and maintain its relevance.[21]

Initially, the PFLP could launch attacks on Israel from Egypt, Jordan, and Lebanon as well as Syria—all of these states, in theory at least, were at war with Israel and shared borders with Israel. Over time, however, both Egypt and Jordan cracked down on Palestinian cross-border attacks. To offset this, the PFLP gained support from Iraq after the 1968 Baath coup there, using the new Iraqi regime as a source of arms, money, and training. Iraq also gave the PFLP use of an airbase as a training facility. Iraq, however, sought direct control over the Palestinian national movement and began to back its own group, the Arab Liberation Front.[22] Syria, meanwhile, was emerging as the dominant power in Lebanon where the PFLP had many cadres. Thus, for the PFLP to have a "frontline" state to achieve its strategy, it needed to work with Syria.

After its peak in prestige in the early 1970s, the PFLP steadily became more marginalized in Palestinian politics due to limited popular support and fracturing within the leftist movement. The PFLP was also unable to fully fund itself from its own sources, and by the early 1980s had a

---

[17] Sayigh, *Armed Struggle and the Search for State,* p. 230.
[18] Daniel Byman, *A High Price: The Triumphs and Failures of Israeli Counterterrorism* (Oxford: Oxford University Press, 2011), p. 45.
[19] U.S. Department of State, *Country Reports on Terrorism 2019* (Washington, D.C.: 2020), https://www.state.gov/reports/country-reports-on-terrorism-2019/#PFLP.
[20] Sayigh, *Armed Struggle and the Search for State,* p. 213.
[21] Leopardi, "Popular Front for the Liberation of Palestine in Decline," p. 70.
[22] Sayigh, *Armed Struggle and the Search for State,* p. 235-236.

large infrastructure for its leadership, including salaries, cars, and medical services.[23] As a result, financial support from Syria became more necessary. The sanctuary in Syria, where many PFLP leaders lived and directed the PFLP's affairs, enabled the PFLP and other Syrian-backed groups to coordinate attacks and other activities. Without a headquarters in Syria, the PFLP leaders would have been far more vulnerable to Israeli raids or arrests by hostile Arab governments. Syria also provided the PFLP a variety of training and operational bases.[24] Training for its forces made them more competent, and financial support enabled the group to retain its members and attract new ones.[25]

The PFLP was also an ally for the regime against other states that might make peace with Israel or otherwise oppose the PFLP's and Assad's goals. The PFLP opposed Egypt's negotiations with Israel in the 1970s that culminated in the Camp David accords, Jordan's decision to negotiate with Israel in the 1980s that would bear fruit in the 1990s, and so on. The PFLP held that negotiations had to represent a unified Palestinian and Arab position and that unilateral efforts hurt the cause as a whole. Syria, for many years, made similar demands, and at the very least sought to prevent its rivals from making peace with Israel and leaving it further isolated.

Assad would also prove a valuable ally for the PFLP (though at times an enemy) within the Palestinian national movement itself. The PFLP called for Palestinian unity, but like Syria it did not want the Fatah faction, the largest and most important group, and its leader Yasir Arafat to dominate the movement and set policy. Damascus' desire for control of the Palestinian movement, however, did not accord with PFLP views, which stressed Palestinian leadership.

In the 1990s, the political benefits of mutual ties for both Syria and the PFLP grew. Israeli-Jordanian peace talks succeeded, and negotiations between Israel and Syria itself appeared promising. For Damascus, being able to "deliver" rejectionist groups like the PFLP and rein in Hezbollah were important reasons Israel was negotiating with it. For the PFLP, negotiations threatened to sideline them, and the group needed the support of rejectionist states like Syria.

### What Assad Gained

Syria supported the PFLP for several reasons. First, Syria saw the PFLP as one more tool in its toolbox to threaten and harm Israel. Second, Syria backed the PFLP as a way to better control the Palestinian national movement and guard against the dangers this movement presented to Syria itself. Third, Syria backed the PFLP as a way to improve Damascus' position in the endless yet constantly changing intra-Arab rivalries. Finally, Syria backed the PFLP to give it more options in a turbulent Middle East.

### A Way to Threaten and Harm Israel

The PFLP regularly attacked Israel, which Syria saw as a way to keep pressure on the Jewish

---

[23] Sayigh, *Armed Struggle and the Search for State,* pp. 491-492.
[24] U.S. Department of State, "Patterns of Global Terrorism, 1986," p. 9, available at https://www.hsdl.org/?lists&id=2040.
[25] Daniel Byman, "Confronting Syrian-Backed Terrorism," *The Washington Quarterly* 28, no. 3 (2005): 99-113, https://www.brookings.edu/wp-content/uploads/2016/06/20050622.pdf.

state. In addition to pioneering airplane hijacking, PFLP personnel conducted guerrilla attacks and cross-border raids and also often worked with other groups on their operations.[26] During the Second Intifada, the PFLP assassinated Israel's Minister for Tourism, Rehavam Ze'evi, in retaliation for the Israeli killing of PFLP leader Abu Ali Mustafa. The PFLP also conducted several suicide bombings during the Second Intifada, and even after the uprising largely ended the PFLP continued to conduct sporadic attacks. These included attacks on Israeli military checkpoints, plans to kidnap Israelis, and rocket attacks against Israel. The PFLP also used its local networks to attack Israelis in Israel and the West Bank.[27]

Such attacks hurt Assad's enemy, Israel. They also forced Israel to pay attention to the concerns of the militarily and diplomatically weak Syria. In addition, having the PFLP conduct the attacks, instead of the Assad regime itself, gave the regime a modicum of deniability. Part of the reason Israel came to the negotiating table with Syria in the 1990s was that the Assad regime had the power to stop dangerous terrorist groups like Hezbollah and lesser groups like the PFLP, from attacking Israel.

## Intra-Arab and Intra-Palestinian Politics

Syria's symbiotic relationship with the PFLP enabled the Assad regime to gain an ally in its interminable struggles with other Arab states and in its attempts to shape the Palestinian national movement. Because of its international terrorism and guerrilla attacks on Israel, the PFLP had considerable credibility among many Palestinians, especially in the late 1960s and early 1970s. It was the second largest faction within the PLO, and it has held a seat on the PLO Executive Committee.[28] In addition to its military power, its endorsement of Assad's policies and criticism of Assad's enemies thus carried weight among Palestinians in general and damaged the reputation of those who went against it.

Palestinian politics were constantly fractured, with states and rival groups often encouraging this process. The PFLP itself was especially fissiparous. In 1968, the Palestinian Popular Struggle Front broke away. In 1968, Ahmed Jibril formed the Popular Front for the Liberation of Palestine -- General Command. Jibril's group had close ties to the Syrian army and strong support from Damascus.[29] A year later, another leader broke off and formed the Democratic Front for the Liberation of Palestine (DFLP), which was more left wing. Fatah supported the DFLP split as a way to weaken its PFLP rival.[30] In 1972, the Popular Revolutionary Front for the Liberation of Palestine split off. Within the PFLP, tension emerged between Habash and his

---

[26] Tricia Bacon, *Why Terrorist Groups Form International Alliances*, (University of Pennsylvania Press, 2018).
[27] "Country Reports on Terrorism 2017 - Foreign Terrorist Organizations: Popular Front for the Liberation of Palestine," Refworld, (United States Department of State, September 19, 2018), https://www.refworld.org/docid/5bcf1f2fa.html.  David Landau and Hugh Orgel, "Jerusalem Police Called to Quell Orthodox Violence Following Murder Saturday of Yeshiva Student," *Jewish Telegraphic Agency*, November 17, 1986, http://pdfs.jta.org/1986/1986-11-17_218.pdf?_ga=2.186490153.141691504.1596471091-840031587.1596471089; "Affidavit of Charles E. Allen."
[28] Sayigh, *Armed Struggle and the Search for State,* p. 219.
[29] Helga Baumgarten, "The Three Faces/Phases of Palestinian Nationalism, 1948—2005." *Journal of Palestine Studies* 34 no. 4 (2005): 25-48, http://www.jstor.org/stable/10.1525/jps.2005.34.4.25.
[30] As'ad AbuKhalil, "George Habash and the Movement of Arab Nationalists: Neither Unity nor Liberation," *Journal of Palestine Studies* 28 no.4 (1999): 91-103, https://www.jstor.org/stable/2538395.

former deputy, Wadie Haddad, the terrorism mastermind, in the mid-1970s when Haddad refused to stop terrorist attacks and kidnappings against Western targets. These groups and factions all competed for recruits and finances, and states tried to manipulate them to increase their influence.

Syria was particularly aggressive. It worked with Palestinian proxies to try to undermine Arafat, and, in 1983, it supported a military rebellion of Palestinian factions against Arafat. In 1985, Syria also supported its Lebanese ally, the Shiite militia Amal, when it sought to destroy Palestinian armed groups in parts of Beirut—a campaign that lasted three years and killed thousands of Palestinians, generating tremendous resentment of Syria. The PFLP, however, condemned military attacks on other Palestinian groups, tried to mediate the dispute, and otherwise opposed many of Syria's goals regarding Palestinian politics while at the same time working with Damascus against their mutual Arab, Israeli, and Western enemies. On the ground, its forces often worked against Amal.[31]

The PFLP consistently tried to form coalitions against Arafat and his group Fatah but attempted to do so without disrupting overall Palestinian unity—and it often failed at both. One scholar characterized the PFLP as wanting, "to remain in the role of loyal opposition" and shape the Palestinian movement from the inside.[32] In 1999, it accepted that the PLO leadership would negotiate with the Israeli government. After Arafat died, it tried to join with other small left-wing groups in Palestinian elections, but these attempts at unity failed. When the PFLP participated in the 2006 Palestinian legislative elections, it won only three of the 132 council seats. Hamas won the elections, setting up its eventual seizure of power in Gaza a year later.[33] Although the PFLP is not as strong as its rivals, it still enjoys respect. In 2009, tens of thousands of Gazans demonstrated to celebrate the group's anniversary.[34]

### Options

Since the Assad regime took power in 1969-1970, it at times allied with, and at times opposed, Egypt, Iran, Iraq, Jordan, and the United States, among other countries. At times the regime enjoyed Soviet support and was on the side of Arab public opinion, and at times it acted in opposition to the prevailing winds. Having ties to substate groups with some power and credibility like the PFLP gave the regime options for striking Israel, for shaping Palestinian politics, for expanding its influence in Lebanon, and for other strategic priorities, especially as it had few other allies. It has also helped the regime domestically. During the civil war that commenced in 2011, the regime worked militarily with leftist Palestinian groups against the

---

[31] Anoushiravan Ehteshami and Raymond A. Hinnebusch, *Syria and Iran: Middle Powers in a Penetrated Regional System*, (Routledge, 2002), p. 74-76; Leopardi, "Popular Front for the Liberation of Palestine in Decline," p. 115 and 138; Joe Stork, "The War of the Camps, the War of the Hostages." *Merip Reports* 133 (1985): 3-7.
[32] Francesco Saverio Leopardi, "The Popular Front for the Liberation of Palestine During the First Intifada: From Opportunity to Marginalization (1987–1990)," *British Journal of Middle Eastern Studies* 44 no. 2 (2017): 268-282, https://doi.org/10.1080/13530194.2017.1281574, p. 275.
[33] Aaron D. Pina, "Palestinian Elections" (Congressional Research Service, February 9, 2006), https://fas.org/sgp/crs/mideast/RL33269.pdf.
[34] Sukant Chandan, "Revolutionary Roses," Al-Ahram Weekly, 2010, https://web.archive.org/web/20120124192621/http://weekly.ahram.org.eg/2010/989/re62 htm.

largely Sunni Muslim opposition even as groups like Hamas sided with the opposition.[35] Before Syria entered peace talks with Israel at the Madrid Conference in 1991, having a relationship with a credible Palestinian "resistance" group enabled Assad to boast that Syria was steadfast in opposing Israel and thus burnish the Arab nationalist credentials of an unpopular regime.

### A Controlled Relationship

After Assad's consolidation of power in the early 1970s until the 2011 civil war, Syria was a tightly controlled dictatorship. Political groups of all stripes were closely monitored for potentially subversive activity, and this was doubly so for organizations like the PFLP that had a paramilitary capacity. Political activists who did not follow the regime's wishes would be imprisoned, killed, or forced to flee the country. In addition, the PFLP's activities and those of other Palestinian groups had political and national security consequences for the Baath regime. Any PFLP activities on Syria soil would be carefully monitored. PFLP "freelancing" from Syria would be almost impossible given the restrictions.

Syrian material support for the PFLP was conducted through its Ministry of Defense, intelligence ministries, and military services, acting in their official capacities and with approval from Assad and other senior leaders. Reporting from government and private analytic organizations indicates that the Syrian Ministry of Defense, Syrian Air Force, and the General Intelligence Directorate backed a range of terrorist activity. The General Intelligence Directorate reportedly had a division dedicated entirely to monitoring Palestinian groups in Syria and Lebanon. Because of the importance of Israel, Lebanon, and the Palestinian issue, the PFLP's activities would have been discussed and approved at the highest levels in the regime.[36]

## VI. A TIMELINE OF SHIFTS IN THE RELATIONSHIP AS SYRIA'S ALLIES AND ENEMIES CHANGE

A brief chronology of PFLP-Syria relations, with key inflection points noted, illustrates the above observations.

When the PFLP was founded in 1967, it had a hostile relationship to Syria. The Syrian regime supported rival Palestinian groups such as al-Sa'iqa, and these became enmeshed in the struggle for power within Syria that eventually led to Assad's rise.[37] The Syrian regime had even put the PFLP's leader, George Habash, in jail and arrested hundreds of the group's followers. This was in part to punish the PFLP for its attacks on a Saudi oil pipeline but also because the regime feared that the PFLP was plotting a coup in Syria with anti-regime figures. Habash would be in

---

[35] "Armed Palestinian Forces, Militias and Organizations Handled by the Syrian Regime in the Syrian Civil War," The Meir Amit Intelligence and Terrorism Information Center, March 19, 2018, https://www.terrorism-info.org.il/en/armed-palestinian-forces-militias-organizations-handled-syrian-regime-syrian-civil-war/.

[36] "Sentinel Country Risk Assessments: Syria, latest updates," 27 February 2008 – 12 January 2009 http://sentinel.janes.com/docs/sentinel/EMEDS_country.j sp?Prod_Name=EMEDS&Sent_Country=Syria& as referenced in Home Office UK Border Agency, "The Syrian Arab Republic" (February 2009), https://www.refworld.org/pdfid/498c4aa82.pdf; Gary Gambill, "The Military-Intelligence Shakeup in Syria," *Middle East Intelligence Bulletin,* Vol. 2, no. 4 (February 2002), http://www.meib.org/articles/0202_s1 htm

[37] Sayigh, *Armed Struggle and the Search for State,* p. 184; Hudson, "The Palestinian Arab Resistance Movement."

jail for eight months. Habash would also accuse the Syrian regime of engineering splits within the PFLP.[38]

Syria's relationship with the PFLP strengthened as the 1970s progressed. In 1970, Jordan cracked down on the Palestinian militant presence in the country—largely due to the PFLP challenge to its sovereignty—effectively ending cross-border raids into Israel from its territory and driving thousands of Palestinians into Lebanon, including many leaders of the armed groups.[39] This removed one "front line" state from the list of countries from which the PFLP could launch attacks against Israel and increased the importance of both Syria and Lebanon as alternatives.

In 1974, Yasser Arafat forced the "Ten Point Program" on the PLO, which accepted the possibility of peace talks with Israel, albeit on terms Israel was not likely to accept. Arafat often tried to have it both ways, making gestures on negotiation but also supporting violence. The PFLP rejected any overtures and resigned from (though it later rejoined) the PLO's Executive Committee.[40] Syria too opposed negotiations unless it was part of a broader Arab front.

Another shift occurred in 1975-1976, when Lebanon plunged into civil war. Syria feared the chaos would provide a greater opening for Israel and thus allow Israel to outflank Syria militarily and politically. Syria's military intervention there increased its influence and gave it the ability to crack down on Palestinian groups operating from Lebanese soil against Israel. At the same time, it intervened on the side of the anti-Palestinian and anti-leftist Maronite militias (with tacit U.S. and Israeli support), making it seem an enemy to the PFLP and other Palestinian groups. Syria was also involved in the 1976 Tell al-Za'tar massacre, which led to the deaths of over one thousand Palestinian refugees when Syrian-supported forces besieged their camp. Syria, however, sought to harness the Palestinians, not stop them completely, and wanted them to continue attacks on Israel from southern Lebanon as a way to press Israel. Thus, Syria did not seek to end the Palestinian militant presence in Lebanon. This angered Damascus' Maronite allies who continued to look to Israel for help even as Syria became dominant in Lebanon as a "peacekeeper."[41]

During this time, Egypt, which under Nasser had been the great inspiration for Palestinian leftists, moved away from pan-Arabism. Following the 1973 war, it negotiated with Israel. Assad first saw joint negotiations as a way to regain the Golan Heights, and believed ties to Egypt gave Syria a stronger negotiating hand. Egypt, however, went its own way, which culminated in the 1979 Camp David peace deal, leaving Assad with little leverage due to his country's weakness. As negotiations progressed, Syria and the PFLP reconciled, and they tried to work with other leftist groups, Iraq, and opponents of the talks to prevent them from succeeding or, if that failed, to delegitimize the negotiations' results. In particular, Syria sought to ensure that the autonomy for Palestinians proposed at Camp David would be a non-starter and that Syria could continue to

---

[38] Sayigh, *Armed Struggle and the Search for State*, p. 227-306.
[39] Joseph Nevo, "September 1970 in Jordan: A Civil War?" *Civil Wars* 10 no. 3 (2008): 217-230. https://doi.org/10.1080/13698240802168056.
[40] Muslih, "Moderates and Rejectionists," p. 134; Sayigh, *Armed Struggle and the Search for State*, p. 335-337.
[41] Leopardi, "Popular Front for the Liberation of Palestine in Decline," p. 107; Hinnebusch, "Syrian Policy in Lebanon and the Palestinians."

champion Palestinian grievances as a way of increasing Damascus' leverage. Syria released PFLP prisoners, gave the group arms, and allowed it to operate in Palestinian refugee areas in Syria and Lebanon where it dominated.[42] The PFLP also moved closer to Fatah in response to the perceived threat from an Egypt-Israel peace deal.[43]

When Israel invaded Lebanon in 1982, it sought to drive out the Palestinian militant presence along its border for good. In so doing, it upended intra-Lebanese and regional relations, threatening to end Syria's and the Palestinians' roles in Lebanon. Syria accepted a ceasefire with Israel while Palestinian factions kept fighting, damaging Damascus' credibility among the Palestinians. The invasion and Israeli support for the Maronite leadership created the risk that the Lebanese government would ally with Israel and led Arafat to negotiate with Jordan and Egypt, which both Syria and the PFLP strongly opposed.[44] The United States, for several months, also saw Syria's position as weaker due to Israel's initial military success and believed it could bypass Syria or force it into a peace deal on terms Damascus would have rejected in the past.

Syria's ties to Iran grew considerably at this time as they worked together in Lebanon to create proxies to fight Israel and undermine the U.S.-brokered peace. This cooperation included backing Hezbollah in its bombing of U.S. and French military and diplomatic targets in 1983 and 1984—the deadliest terrorist attacks against the United States until the September 11, 2001 Al Qaeda attacks.[45]

Things quickly turned around for Syria. Hezbollah and other groups pushed out U.S. and other European forces, forced Israel to withdraw to a security zone, and Syrian-supported terrorism and backing of rivals led Israel's Lebanese allies to annul their peace deal with Israel. Claiming that Syria, not the PLO, spoke for the Palestinians, Damascus also backed rivals to Arafat in an attempt to oust him and supported the Shiite group Amal in its multi-year campaign to rein in the Palestinians. This worked, in that Syria's hegemony in Lebanon became widely recognized, but it alienated many Palestinians and made it harder for groups like the PFLP to cooperate with Damascus without losing popular support. Nevertheless, the PFLP, and all Palestinian factions, needed to work with Syria if they were to have sanctuary in Syrian-dominated Lebanon, and in Syria itself. This was particularly important for groups like the PFLP that lacked a strong political network to advance its goals and thus needed to do what it called military action (i.e., terrorism). Arafat, in contrast, tried to avoid dependence on Syria and sought other Arab partners, exploring relations with Egypt, Jordan, and other rivals of Syria.[46] In 1982, The PFLP moved its headquarters to Syria where it would remain continuously until today. In addition, for many years much of its military personnel were stationed in the Syrian-controlled Beqaa Valley in Lebanon.[47]

---

[42] Sayigh, *Armed Struggle and the Search for State,* p. 441-446.
[43] Helena Cobban, *The Palestinian Liberation Organisation: People, Power and Politics*, (Cambridge University Press, 1984), p. 149-153; Hinnebusch, "Syrian Policy in Lebanon and the Palestinians."
[44] Ehteshami and Hinnebusch, *Syria and Iran*.
[45] William B. Quandt, "Reagan's Lebanon Policy: Trial and Error," *Middle East Journal* 38 no. 2 (1984): 237-254, https://www.jstor.org/stable/4326797; Hinnebusch, "Syrian Policy in Lebanon and the Palestinians."
[46] Hinnebusch, "Syrian Policy in Lebanon and the Palestinians."
[47] Leopardi, "Popular Front for the Liberation of Palestine in Decline," p. 137.

After his removal from Lebanon, Arafat began moving to embrace negotiations, a process that culminated in 1988 when Arafat publicly renounced terrorism before the United Nations.[48] Arafat sought to coordinate with Jordan (and signed the 1985 Amman Accord that offered land for peace), heal the rift with Egypt, and enter into negotiations with the United States.

Syria, along with the PFLP, criticized this decision and rejected any negotiations with Israel. It sought to create a coalition of Palestinian opposition groups, particularly on the political left as well as rejectionist Arab states. The PFLP participated in a joint attack with other leftist factions against Israeli forces in Lebanon in order to undermine the PLO leadership's move toward moderation. At the same time, however, it strove for Palestinian unity and avoided a direct break. The PFLP was unable to strike a clear position, and its efforts to bridge the gap failed, leading to a decline in its influence and credibility. Its increased bureaucratization and corruption also decreased its overall support.[49]

The outbreak of the first *intifada* in 1987 was another important milestone for the PFLP. The PFLP had some political support and grassroots infrastructure in the West Bank and Gaza--one estimate claimed it had the support of up to 15 percent of the Palestinians in the territories--and Habash called for the *intifada*'s "radicalization."[50] However, the exile-dominated PFLP leadership was reluctant to allow emerging leaders in the West Bank and Gaza Strip to play an important leadership role. This was in part simply to preserve the exiles' own power, but also because leaders in the West Bank and Gaza were more focused on ending the Israeli occupation than on the more maximalist PFLP goals.[51]

When the Soviet Union collapsed in 1991, Marxist-oriented groups like the PFLP were further discredited, making it harder for them to attract recruits and fundraising. In contrast, Islamist groups like Hamas began to emerge as a major force. Syria tried to adapt, cultivating Islamist groups while maintaining its relationship with the secular PFLP, but the loss of its superpower supporter made it more open to working with the United States and negotiations in general.

The commencement of open peace talks during the "Oslo" period (1993-2000) represented a key transition point. Arafat, pushing the PLO along with him, gambled on international legitimation as a way to ensure his power. The PFLP, by this point, was increasingly marginalized, and Syria was engaged in serious peace talks with Israel even as it sought to undermine Arafat and other rivals. Assad, however, refused to crack down on the PFLP despite a request from U.S. President Clinton among others.[52]

---

[48] "Yasser Arafat: Speech to the U.N. General Assembly Renouncing Terror," Jewish Virtual Library, December 13, 1988, https://www.jewishvirtuallibrary.org/arafat-speech-to-u-n-general-assembly-renouncing-terror.
[49] Leopardi, "Popular Front for the Liberation of Palestine in Decline," p. 53, 138, 169-170, 174; AbuKhalil, "George Habash and the Movement of Arab Nationalists;" Sayigh, *Armed Struggle and the Search for State,* p. 578-579.
[50] Leopardi, "Popular Front for the Liberation of Palestine in Decline," p. 168; For the estimate of up to 15 percent, see Richard Z. Chesnoff, "Spoilers of Peace in the Middle East," *U.S. News & World Report*, Vol. 107, No. 2 (July 10, 1989), pp. 40-41
[51] Leopardi, "The Popular Front for the Liberation of Palestine during the First Intifada."
[52] Mark Dennis, "Syrian Leader Urged to Control Palestinian Opposition Groups," *The Christian Science Monitor*, September 17, 1993, https://www.csmonitor.com/1993/0917/17071.html.

The PFLP criticized the Oslo negotiations, with Habash calling them an "act of humiliation."[53] The PFLP sought to unify other leftist rejectionist forces and also began working with Hamas and Palestine Islamic Jihad despite their Islamist orientation and mutual suspicions. In 1993, they formed the Alliance of Popular Forces. This failed to sway Palestinian popular opinion. During this period, the PFLP maintained its armed wing but did not employ it actively, though it was responsible for at least one terrorist attack on an Israeli settler and her son in 1996.[54] As before, however, internal divisions plagued the PFLP, and its diaspora leadership was more extreme than its supporters in the West Bank and Gaza Strip. The group also feared losing its role as part of a unified Palestinian movement and, as the decade wore on, began to accept negotiations and a two-state solution as a *fait accompli* as did several other leftist factions in order to maintain some influence. The PFLP left the Alliance of Popular Forces in 1997 and several leaders, including the PFLP Secretary General Abu Ali Mustafa, left Damascus to live in the Palestinian territories.[55]

The PFLP tried to regain the initiative during the Second Intifada, which commenced in 2000 and largely ended in 2005, though sporadic violence has continued ever since. The PFLP claimed that its military branch carried out over 100 operations in the first year of the violence, and it would carry out four suicide bombings between 2001 and 2005. Although it participated in the fighting and helped arm, fund, and organize groups, the PFLP's weak military capacity limited its appeal.[56] The PFLP hoped the Second Intifada would restore Palestinian unity and improve its relative position in the Palestinian national movement. However, it found that it had less support than the various Fatah factions and Hamas, which attracted Palestinians with its strong rejectionist position. Over time, Hamas would gain more support while leftist factions declined.[57]

In 2001, Israel killed Abu Ali Mustafa, who had replaced Habash as Secretary General in 2000, and then put his successor Ahmad Saadat in jail. Such operations reaffirmed the importance of a haven in Syria for the PFLP, and thereafter many senior leaders again operated out of Syria rather than in the West Bank and Gaza Strip. As Abu Ahmad Fouad, the PFLP Deputy Secretary General (and thus de facto leader), noted in 2013, after being asked about the validity of having a Palestinian group be led from outside Palestinian territories, "anyone in a leadership position of the Front is threatened constantly not only with arrest but also potentially with assassination and constantly subject to restrictions on travel or work."[58]

---

[53] As quoted in Leopardi, "Popular Front for the Liberation of Palestine in Decline," p. 200. See also p. 280.
[54] "1997 Global Terrorism: Appendix B (Info on Terrorist Groups)" (U.S. Department of State, April 1998), https://fas.org/irp/threat/terror_97/backg.html.
[55] Abu Ali Mustafa and Nayif Hawatimah, "The Palestinian Secular Opposition at a Crossroads," *Journal of Palestine Studies* 29 no. 2 (2000): 78-94, https://www.jstor.org/stable/2676538; Anders Strindberg, "The Damascus-Based Alliance of Palestinian Forces: A Primer." *Journal of Palestine Studies* 29 no. 3 (2000): 60-76, https://www.jstor.org/stable/2676456.
[56] Leopardi, "Popular Front for the Liberation of Palestine in Decline," p. 250-252.
[57] Jamil Hilal, "Hamas's Rise as Charted in the Polls, 1994—2005," *Journal of Palestine Studies* 35 no. 3 (2006): 6-19, https://www.jstor.org/stable/10.1525/jps.2006.35.3.6.
[58] "Abu Ahmad Fouad: The PFLP Entirely Rejects Negotiations and Political Settlement" Popular Front for the Liberation of Palestine, (Al-Watan, February 17, 2014), https://english.pflp.ps/2014/02/17/abu-ahmad-fouad-the-pflp-entirely-rejects-negotiations-and-political-settlement/.

The Syrian civil war, which began with protests in 2011 and escalated into a conflict in which hundreds of thousands of Syrians would die, marked another important milestone. In the first years of the civil war, the Syrian regime almost collapsed due to defection and desertion, and groups like Hamas abandoned it while the United States, Turkey, Saudi Arabia, and other countries worked to overthrow the government. Leftist forces helped fight for the Syrian regime when it badly needed manpower. In addition, their presence on the side of the regime and their endorsement of it gave the government badly needed credibility in Arab circles. The PFLP, for example, echoed the regime's propaganda that the uprising was a Zionist plot and proclaimed the regime's recapture of Aleppo a "major victory." It did so even though less than 20 percent of Palestinians in the West Bank and Gaza supported the Syrian regime. At the height of the conflict in 2014, a PFLP spokesman threatened PFLP retaliation against Israel if it attacked Syria because Syria "embraced us and trained our fighters."[59] The Assad regime, for its part, clung to the Palestinian issue and the struggle against Israel in order to maintain its legitimacy. Iran, Syria's ally, increased funding to the PFLP as a result of its support for Damascus.[60]

During much of this period, Iran also played a role helping the PFLP and other Palestinian factions, often working with Syria. Abu Ahmad Fouad, the PFLP's deputy secretary general, said in interviews that he and others repeatedly met with Qassem Suleimani, who headed the Islamic Revolutionary Guard Corps (IRGC) foreign paramilitary wing, the Qods Force, and was responsible for numerous terrorist attacks on the United States and Israel until the United States killed him in 2020. The IRGC helped the PLFP with "arming, training, manufacturing, and financing," according to Fouad, and this was often done in coordination with the Lebanese Hizballah. He went on to state that the IRGC played an important role in helping Palestinian groups manufacture weapons in Gaza and the West Bank rather than having to rely on smuggling them from neighboring states. Iranian support occurred, Fouad notes, "in collaboration with Syria."[61]

As this chronology suggests, since the early 1980s and through November 2014 (and since), the PFLP has relied on Syria for a sanctuary and for other forms of support such as training, and funding.[62] The relationship had many disagreements and ups and downs, but the two found common political and strategic interests in working together.

---

[59] PFLP Spokesman interview, "الجبهة الشعبية لتحرير فلسطين تتوعد اسرائيل اذا هوجمت سورية," (Russia Today, September 5, 2015), https://www.youtube.com/watch?reload=9&v=rha5NgagtrA; Karim Traboulsi, "Divisions Exposed as pro-Hizballah, Leftist Palestinians Hail Assad's 'Victory'," The New Arab, December 18, 2016, https://www.alaraby.co.uk/english/blog/2016/12/18/divisions-exposed-as-pro-hizballah-leftist-palestinians-hail-assads-victory; Adnan Abu Amer, "How Do Palestinians See the Syrian War?," Al Jazeera, October 20, 2018, https://www.aljazeera.com/indepth/opinion/palestinians-syrian-war-181016192358526.html.

[60] Hazem Balousha, "Iran Increases Aid to PFLP," Al-Monitor, September 17, 2013, https://www.al-monitor.com/pulse/originals/2013/09/iran-pflp-gaza-palestine-syria.html.

[61] "Highlights of the Martyr Qassem Soleimani's Contribution to the Palestinian Cause," Al-Ahd News Site, January 11, 2021, https://www.alahednews.com.lb/article.php?id=27426&cid=163&st=%D8%A7%D8%A8%D9%88%20%D8%A7%D8%AD%D9%85%D8%AF. See also Al-Mayadeen, "Interview with Abu Ahmad Fuad," December 31, 2020, https://www.almayadeen.net/newscast/1445805/%d8%a7%d9%84%d9%85%d8%b3%d8%a7%d8%a6%d9%8a%d8%a9

[62] See also U.S. government reports such as "Patterns of International Terrorism: 1980," CIA National Foreign Assessment Center, June 1981, CIA-RDP90-01137R000100050001-3,

Without Syria's assistance and support, the PFLP would have been weaker and less able to carry out deadly terrorist attacks. In particular, the sanctuary in Syria and other support enabled the PFLP to recruit, plan operations, train its forces, protect its leadership, and otherwise maintain itself. This occurred at a time when the PFLP's leftist and pan-Arab ideology was increasingly discredited, with Islamism and traditional Palestinian nationalism becoming more important, and other states with access to the "frontline" against Israel were shutting their doors. In the fiercely competitive world of Palestinian militant politics, without Syrian support the PFLP would likely have lost recruits and funding to rivals and would otherwise have declined, and that decline in turn would make it less effective, further decreasing its appeal. Syrian support was vital for the PFLP to be able to continue operations in Israel, the West Bank and Gaza Strip. Without Syrian support, it would have been far harder for the PFLP to carry out terrorist attacks such as the November 18, 2014, attack on the synagogue in Jerusalem.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 12, 2022

_____
Daniel Byman

---

https://www.cia.gov/library/readingroom/docs/CIA-RDP90-01137R000100050001-3.pdf; U.S. Department of State, *Patterns of Global Terrorism* for 1983-2003 and *Country Reports on Terrorism* for 2004-2014, available at https://www.hsdl.org/?lists&id=2040