**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DR. NORMAN HECHING, *et. al.*,

                    Plaintiffs,          Civil Action No. 1:17-cv-1192-TSC

      v.

  SYRIAN ARAB REPUBLIC,

                    Defendant.

DR. NORMAN HECHING, *et. al.*,

                    Plaintiffs,          Civil Action No. 1:17-cv-1659-TSC

      v.

  ISLAMIC REPUBLIC OF IRAN,

                    Defendant.

## <u>DECLARATION OF ARIEH DAN SPITZEN</u>

I, Arieh Dan Spitzen, hereby declare as follows:

## I.    PROFESSIONAL BACKGROUND

1.    I am an expert in Palestinian affairs and society, including the political, social and economic aspects of Palestinian society, and the structure, leadership, personnel, and activities of various Palestinian terrorist groups, including the Popular Front for the Liberation of Palestine ("PFLP"), which I have researched (and continue to research) over the course of many years.

2.    In 1970, I joined the Israel Defense Forces ("IDF"), and served in an elite unit as the Israeli equivalent of a Navy Seal. In 1972, I transferred to the IDF's Intelligence Corps, where I served until 1974. After my discharge I enrolled at the Hebrew University in Jerusalem, majoring in Middle Eastern Studies, Arabic, and Jewish History, and graduating cum laude in 1976.

3.      I subsequently returned to the IDF, serving in the Palestinian Affairs Department in the West Bank. In 1976, I established the Research Section of the Advisor for Arab Affairs in the Military Government (later replaced by the Civil Administration) in the West Bank, and served as its Section Head until 1978. With the exception of the years 1978-1981, when I served as a researcher-assistant on issues concerning the integration of the Arab population within Israel's society and establishment, I remained in the Palestinian Affairs Department for the next 30 years.

4.      After returning to the Palestinian Affairs Department in 1981, I resumed my role as Section Head of the Research Section of the Advisor for Arab Affairs in the Civil Administration (which had replaced the Military Government) in the West Bank, and as the Deputy Advisor, until 1993. In those positions I dealt with socio-economic and political research regarding the Palestinians, focusing on political and social trends among the population. I wrote or supervised the writing of hundreds of research papers, staff papers, articles, anthologies, and fundamental studies in Palestinian affairs that served the decision-making echelons of various components of the Israeli government, including the Ministry of Defense.

5.      From 1993 to 1996, I was assigned to the negotiation team for the Oslo Peace Accords and served as a member of teams that negotiated the transfer of civilian authorities from the Israeli Civil Administration to the Palestinian Authority ("PA"). From 1996 to 1998, I supervised the activity of civilian coordination in the West Bank vis-à-vis the PA's Ministry of Civil Affairs and other civilian offices.

6.      From 1998 to 2000, I was Department Head for Palestinian Affairs in the West Bank at a rank of Colonel. As a senior consultant in the system, I served during the same period as the Coordinator of Activities for the District Coordination and Liaison Offices in the Region. From 2001 to 2009, I was Department Head for Palestinian Affairs in the Administered Territories

(i.e., the West Bank and Gaza Strip) and Advisor to the Coordinator of Government Activities in the Territories ("COGAT"). I reported to the Head of COGAT, above whom were only two people – the Minister of Defense and the Chief of Staff. By virtue of this position, I was a source of professional guidance and the top authority regarding the socio-economic civilian situation in the Palestinian arena in the West Bank and Gaza Strip. I was responsible (among other things) for supervising the work of IDF research and assessment personnel in various fields relating to Palestinian affairs, drafting and presenting research and policy papers concerning Palestinian affairs, and appearing before and providing briefings to senior governmental and military forums regarding Palestinian affairs. I supervised approximately 50 people. As part of my position I also provided numerous briefings about Palestinian affairs in Israel to foreign officials. I wrote hundreds of surveys and studies about Palestinian society, the various political trends and how they were operationalized, the social trends, the economic atmosphere and its influence, and other diverse issues connected to the Palestinian arena, including terrorist organizations. Naturally, this research included the activities of terrorist organizations, among them the PFLP.

7.      I have served as an expert witness about Palestinian terrorism in fourteen federal civil terrorism cases in the United States: *Linde, et al. v. Arab Bank, Plc* (in which I testified for five days in a six-week jury trial in 2014); *Gill v. Arab Bank, Plc; Strauss, et al. v. Crédit Lyonnais, S.A.*; and *Weiss, et al. v. National Westminster Bank Plc*—all in the United States District Court for the Eastern District of New York; *Fraenkel, et al. v. Islamic Republic of Iran, et al.*; *Braun, et al. v. Islamic Republic of Iran, et al.*; *Shatsky, et al. v. Syrian Arab Republic, et al.*; and *Force, et al. v. Islamic Republic of Iran, et al.*—all in the United States District Court for the District of Columbia; *Weinstock, et al. v. Islamic Republic of Iran, et al.*; *Weinstock, et al. v. Mousa Mohammed Abu Marzook*; and *Weinstock, et al. v. Hamas*—all in the United States District Court

3

for the Southern District of Florida; and *Schwartz, et al. v. Islamic Republic of Iran; Henkin, et al. v. Islamic Republic of Iran, et al.*, and *Sokolow, et al. v. The Palestine Liberation Organization, et al.* —all in the United States District Court for the Southern District of New York.

8.      Since my retirement from the IDF, I continued to serve in the IDF Reserves as an emergency Department Head for Palestinian Affairs in COGAT until 2021. In that capacity, I continued to be fully up to date in all that occurs in the Palestinian realm, including in all matters relevant to terrorist organizations, among them the PFLP.

9.      I am currently an independent consultant on the Middle East, particularly Palestinian Affairs, to government agencies, research institutes and private parties. I currently provide advice regarding the socio-economic and political situation in the Palestinian Authority-governed territories to the IDF's Coordinator of Activities in the Administered Territories and the Research Division of the IDF Intelligence Department. During the last ten years of my IDF service, I also provided advice to Israel's National Security Council, and to various Israel security and intelligence agencies, including the Mossad.

10.     Additionally, I have served as an expert witness in the area of Palestinian affairs and terrorism in dozens of court cases in Israel, including in the Israeli Supreme Court.

11.     During my last ten years in the IDF, I was a frequent participant and lecturer on Palestinian affairs at symposia, conferences, seminars and other academic meetings sponsored by Israeli universities and research institutes. I continue to lecture in academic settings on occasion.

12.     I am a popular media commentator for the Israeli press, which considers me an expert in Palestinian affairs and I have been interviewed on Arabic television stations. In addition, during the last ten years of my IDF service, about once or twice per week, I gave both background

4

and in-depth talks to senior Israeli journalists and foreign correspondents of the international media in Israel that deal in Palestinian and military issues.

13.     I am fluent in Hebrew and Arabic, and I read and understand English fluently.

## II.   THE NATURE OF THIS DECLARATION

14.     I was retained by counsel for the plaintiffs in the above-captioned actions to provide this expert declaration regarding the matters set forth below, in support of the plaintiffs' motions for default judgment.

15.     My opinions and conclusions herein are based on the documents, authorities and sources cited or referenced herein, and on the enormous body of experience, knowledge and analytical tools that I have acquired over many decades as an expert in Palestinian affairs.

## III.  THE NOVEMBER 18, 2014, SYNAGOGUE ATTACK

16.     Early on the morning of November 18, 2014, PFLP operatives Ghassan Abu Jamal and Uday Abu Jamal arrived in West Jerusalem's Har Nof neighborhood[1] in a Skoda, armed with a concealed pistol and butcher's cleavers.[2] After parking the car, they walked to a playground in the area of the Congregation Bnei Torah synagogue and waited for the synagogue to fill up with worshippers. At 6:56 a.m., at the conclusion of the *Amidah* prayer[3], the two terrorists entered the synagogue. One began shooting the worshippers, and the other began hacking the worshipers with

---

[1] The Har Nof neighborhood is in northwestern Jerusalem. Most of the residents are religiously observant. It was built in the 1980s. The neighborhood overlooks the western entrance to Jerusalem.

[2] This account is based on the Verified Response of the Commander of Homefront Command, dated Dec. 2, 2014, filed in the Israeli Supreme Court in H.C.J. 8066/14 **Abu Jamal v. Commander of Homefront Command, Maj. Gen. Eyal Eisenberg** (below: "Eisenberg"), and the December 31, 2014, decision of the Israeli Supreme Court in H.C.J. 8066/14 (below: "Supreme Court Decision").

[3] The *Amidah* is the main component of Jewish prayer services, recited three times daily, four times on Sabbaths and holidays, and five times on Yom Kippur. *See* https://www.britannica.com/topic/amidah.

a cleaver. At 7:01 a.m., a congregant who had managed to escape the scene called the police. Police officers arrived on the scene at 7:08 a.m., and shot and killed both terrorists as they exited the synagogue and charged at the police with their weapons.[4]

17.     The official Israeli government account of the attack submitted to the Israeli Supreme Court by Major General Eyal Eisenberg, the commander of Israel's Homefront Command, found that the attack was "**well planned**."[5] I fully agree with that assessment. The attack reflects organized, professional planning and execution, both in advance of the terror attack and in the course of it. The Israeli Supreme Court found that the terrorists reached the synagogue in the morning and waited for it to fill with worshippers before launching their attack.[6] Furthermore, the perpetrators' willingness to enter a room packed with grown men – some of whom could have been armed and who even without weapons could potentially have overwhelmed the two attackers just by their number – shows a very high level of operational discipline. To then move through that crowd of men, systematically slaughtering and wounding them with a pistol and butcher knives for over 10 minutes, also proves a high level of armed tactical skill that indicates prior training. Finally, to this is added the fact that the perpetrators charged out of the synagogue and directly towards the armed policemen waiting there – i.e., they behaved as trained soldiers, engaging a much more powerful armed force. All of these facts show a high professional level of operational performance, and clearly indicate that this "well planned" attack was carried out by trained members of an established terrorist organization.

As discussed below, the evidence leaves no doubt that that organization was the PFLP.

---

[4] Eisenberg at paras. 8-11.

[5] *Id*. at para. 12.

[6] Supreme Court Decision at para. B.

## IV.  THE PFLP EXECUTED THE ATTACK

18.     As is common among Marxist organizations, the PFLP is centralized, hierarchical, ideologically doctrinaire and highly disciplined. Roni Alsheikh, who for over 25 years served in multiple senior positions in Israel's domestic intelligence and counterterrorism agency, the Israel Security Agency ("ISA"), including as Head of the ISA Interrogation Branch, and in 2014-2015 served as the Deputy Head of the ISA, was asked in a 2020 interview to name "the most sophisticated interrogee" he had ever encountered during his lengthy counterterrorism career.[7] Rather than identify a specific individual, Alsheikh bestowed this "honor" on the PFLP as a whole. Alsheikh explained that the most sophisticated interrogees he had ever faced were operatives "of the Popular Front. They learn the secrets of interrogation, practice it, read books [about it], receive briefings [about it]. So its easy for them to maneuver."[8]

19.     The PFLP's tight factional discipline, its calculated approach to questions of strategy and tactics, and its overall organizational "professionalism" (if one may use such a term regarding a deadly terrorist group) also govern the PFLP's use of terrorist violence. A fascinating discussion of the PFLP's strict decision-making process for carrying out terrorist attacks is contained in the 50-page Israeli court verdict entered in the criminal prosecution of PFLP Secretary-General Ahmed Saadat.[9] The verdict found that after identifying several potential targets for terrorist attacks in and around Jerusalem, three members of a PFLP terrorist cell brought the information gathered by them to PFLP leader Saadat, and requested authorization from the PFLP

---

[7] Ziv Nevo, Interview with Roni Alsheikh, Yediot Aharonot, Aug. 28, 2020 (Heb.).

[8] *Id*.

[9] Verdict dated Dec. 25, 2008, in Case No. 2958/06 (Judea) **Military Prosecution v. Ahmed Saadat Yousef Abdel Rasul**.

to execute the attacks.[10] Saadat directed the operatives that the attacks should not be carried out without official PFLP authorization.[11] After conducting internal PFLP consultations, Saadat informed the cell operatives that the PFLP had authorized execution of some but not all of the terrorist attacks, but instructed that they should not be carried for another month.[12]

20.    In its sentencing decision, the court discussed, in the context of determining the appropriate sentence, the extent to which Ahmed Saadat's position as the Secretary-General – i.e., the top leader – of the PFLP rendered him responsible for the terrorist activities of the PFLP. The court noted that Saadat himself had not personally carried out acts of terrorist violence, but found that he nonetheless bore personal responsibility for the PFLP's terrorism, precisely because of the PFLP's hierarchical command structure and strict internal discipline. The court stated: "On the basis of our independent impression, and after we heard the witnesses in the case, it is evident that the organization's operatives, including the most senior operatives and those who carried out acts of murder on behalf of the organization, obey the defendant's authority … It is clear to us that all of the organization's operatives obey his authority and subordinate their will to his will." [13]

21.    The PFLP's tight organizational discipline was fully reflected in its statements regarding the November 18, 2014, synagogue attack. On the one hand, the PFLP immediately confirmed that the perpetrators, Uday Abu Jamal and Ghassan Abu Jamal, were members of the

---

[10] The proposed attacks included: the bombing of Café Rimon, a restaurant in downtown Jerusalem; the bombing of a nightclub in Jerusalem's Talpiot neighborhood; and the murder of a Jewish woman married to an Arab resident of the Abu Dis neighborhood just outside of Jerusalem. *Id*. at p. 2.

[11] *Id*. at pp. 16-17.

[12] *Id*. at pp. 19-21. The PFLP operatives postponed the attacks pursuant to Saadat's order, and were arrested soon thereafter, before carrying out the attacks.

[13] Sentencing Decision (Dec. 25, 2008) in Case No. 2958/06 (Judea) **Military Prosecution v. Ahmed Saadat Yousef Abdel Rasul**, p. 3.

PFLP – and specifically of the PFLP's armed wing, known as the "Abu Ali Mustafa Brigades."[14]

Thus, in a television interview with the Al-Jadid News network on November 18, 2014, Marwan Abd al-Al, the head of the PFLP in Lebanon, confirmed that "Ghassan and Uday are members of the Abu Ali Mustafa Brigades."[15] Likewise, Rabah Muhanna, a Gaza-based senior PFLP leader and member of the PFLP's Political Bureau, confirmed in a phone interview with the Al-Hiwar channel on the morning of November 18, 2014, that Uday and Ghassan Abu Jamal were members of the PFLP.[16]

22.     On the other hand, PFLP leaders declined media requests to provide instant, same-day confirmation that the attack had been carried out with the PFLP's authorization. Thus, in the same interview with Al-Hiwar in which he confirmed that the attackers were PFLP members, Rabah Muhanna stated that the attack could not be considered an official PFLP operation until a formal announcement was issued by the Abu Ali Mustafa Brigades.[17] Similarly, in a television interview with Sky News, Kayed al-Ghoul, another well-known PFLP leader and PFLP Political Bureau member in Gaza, stated that the attack was "likely" an official PFLP attack, but insisted that: "Only after the relevant party in the PFLP will issue a claim of responsibility for this attack,

---

[14] Abu Ali Mustafa was among the founders of the Popular Front for the Liberation of Palestine. He served, until his death in August 2001, as the organization's Secretary-General after the retirement in July 2000 of PFLP founder George Habash. After Abu Ali Mustafa's death the PFLP's military wing was named in his honor.

[15] *See* https://www.youtube.com/watch?v=qOYoFESwlXM&ab_channel=ALJadeedNews at 00:42-01:35.

[16] *See* https://arabi21.com/story/789928/%D8%B1%D8%A8%D8%A7%D8%AD-%D9%85%D9%87%D9%86%D8%A7-%D9%8A%D9%86%D9%81%D9%8A-%D8%AA%D8%A8%D9%86%D9%8A-%D8%A7%D9%84%D8%AC%D8%A8%D9%87%D8%A9-%D8%A7%D9%84%D8%B4%D8%B9%D8%A8%D9%8A%D8%A9-%D9%84%D9%87%D8%AC%D9%88%D9%85-%D8%A7%D9%84%D9%83%D9%86%D9%8A%D8%B3.

[17] *Id.*

will we be able to officially talk about the PFLP's responsibility for this attack."[18] Likewise, Zulfiqar Swairjo, a member of the PFLP Central Committee, explained in a November 18, 2014, television interview with the AlGhad AlMasry network, that it was still too early for him to be able to confirm that the attack was an official PFLP operation, because the "connection with the cells operating across the West Bank and in Jerusalem requires more time in order to get more information about the way the operation was carried out."[19]

23.    Official PFLP confirmation came the following day, November 19, 2014. In an interview with Palestine Today television, senior PFLP leader Kayed al-Ghoul announced that "the Popular Front has officially claimed responsibility for the operation. It issued a public statement today confirming both its responsibility and the affiliation of the two heroes of this operation to the PFLP."[20] Al-Ghoul further explained that the "specific target" – i.e., the synagogue – was selected to send the message that the Palestinians "will defend their city with all they have, until Jerusalem will become Arab, until it will become Palestinian." According to al-Ghoul, "the two martyrs' blood that was shed yesterday has reinforced Jerusalem's Arab identity, and has thwarted the attempts to Judaize Jerusalem." [21]

24.    Hani Thawabta, a member of the PFLP Central Committee and a senior PFLP leader in the Gaza Strip, was interview by Al Jazeera television on November 20, 2014, and

---

[18] *See* https://www.youtube.com/watch?v=_ql5I-sjUS4&ab_channel=سكاينيوزعربية at 07:00-10:30.

[19] *See* https://www.youtube.com/watch?v=wbAdLiettw8&ab_channel=AlGhadAlmasry at 18:20-22:33.

[20] The November 19, 2014, Palestine Today broadcast containing the interview with al-Ghoul was originally available at https://www.youtube.com/watch?v=Qh2yMPxB_R4. That link is now defunct, but a complete copy of the broadcast is in my possession, and is available for viewing at https://www.youtube.com/watch?v=njCH5fAiEd8&ab_channel=MHaller. The relevant statement from al-Ghoul appears at 02:27-04:33.

[21] *Id.*

provided further details. Thawabta explained that the November 18, 2014 synagogue attack "prove[s] that … we will continue to chase this enemy wherever it is until he leaves our land." Thawabta described "the martyr warrior Uday Abu Jamal and martyr Ghassan Abu Jamal" as "heroic comrades," who "were raised in the Popular Front schools, where they learned the way of thinking the Popular Front has been and will be following, until the enemy leaves our land."[22]

25.     I note that the PFLP does not operate "schools" in the conventional sense, and that Thawabta's reference to Uday and Ghassan Abu Jamal having being "raised" in "the Popular Front schools" means that they were trained and indoctrinated by the PFLP over a long period of time.

26.     The PFLP also confirmed its responsibility for the attack on the local level, through wall posters pasted up by PFLP operatives on November 19, 2014, in Arabic-speaking neighborhoods of Jerusalem.[23] Similarly, video footage from November 22, 2014, taken within Ghassan and Uday Abu Jamal's own neighborhood, Jabal Mukaber, shows that the PFLP erected a large sign in Jabal Mukaber stating that the PFLP mourns the death of "the martyr" Ghassan Abu Jamal, with "revolutionary forcefulness and with insistence upon the course of the revolution."[24]

---

[22] *See* https://www.youtube.com/watch?v=5KfO7w0-MAw&t=95s&ab_channel=AlJazeeraMubasher قناةالجزيرةمباشر at 18:49-20:06.

[23] *See* Sentencing Decision (May 31, 2016) in Criminal Case No. 43249-09-15 (Jerusalem Magistrates Court) **State of Israel v. Darwish**.

[24] The PFLP sign appears to be about 12 feet tall and 8 feet wide – the dimensions of a small billboard. The available footage happens to show the PFLP mourning sign for Ghassan in Jabal Mukaber; there is of course no reason to assume that the PFLP refrained from setting up a similar sign for Uday. The video footage was originally available at  https://www.facebook.com/mukaber.net/videos/277305469059772. That Facebook page (Mukaber.net) is now defunct, but a complete copy of the video is in my possession, and is available for viewing at https://www.youtube.com/watch?v=sKHX9g3tc2I&ab_channel=MHaller. The relevant section appears at 1:20-2:25.

11

27.     Ghassan and Uday Abu Jamal were buried side by side, and a single gravestone covers both their graves. A photograph of their joint gravestone was published on December 31, 2014, on an Arabic-language Facebook-based news site, Mukaber.net, which covered the East Jerusalem area and the Jabal Mukaber neighborhood in particular.[25] The photograph shows that the official symbols of the PFLP and the Abu Ali Mustafa Brigades are engraved near the top of the joint gravestone, and between those two symbols are engraved the silhouetted images of two meat cleavers – which is obviously a graphic reference to the weapons used by the Abu Jamals when they executed the Har Nof attack. Also engraved on the gravestone is text stating (in Arabic) that "**the Martyr Abu Ali Mustafa Brigades escort**" to their celestial weddings[26] the "**two comrades**," the "**heroic martyr**" Ghassan Abu Jamal and the "**heroic martyr**" Uday Abu Jamal.[27] This photograph remained on Mukaber.net for nearly 7 years, until the site itself was shut down.[28]

---

[25] The photograph of the gravestone was available at https://www.facebook.com/mukaber.net/photos/a.158387530951567.4527.
157286167728370/284199958370323/?type=1[%2Fembed] until sometime in 2021, when that Facebook page (Mukaber.net) became inactive. A copy of the Facebook page with the photograph of the gravestone made on November 2, 2020, is in my possession, and is available for viewing at:
https://pdfhost.io/v/RdT3Rh1wS_Mukaber_Net_Facebook_Dec_31_2014_1.

[26] In Islamic terminology, the funeral of a person who died in a righteous cause (*i.e.* a "martyr") may be referred to as the martyr's spiritual "wedding." While the PFLP is a secular Marxist organization, it operates within an overwhelmingly Muslim society, and commonly uses such religious terminology when referring to PFLP terrorists who are killed while carrying out terrorist attacks.

[27] On January 5, 2015, a member of the Jerusalem City Council, Aryeh King, published a photograph of the joint gravestone on his Facebook page and announced that he had written to the Israeli Justice Minister and to King Abdullah of Jordan (whose government has certain responsibilities regarding Moslem religious sites, including cemeteries, in East Jerusalem), to demand that the language glorifying Ghassan and Uday Abu Jamal as heroes, and the depictions of the meat cleavers, be removed from the gravestone. *See* https://www.facebook.com/arieh.king/photos/a.135894593232448/424223857732852;
and https://www.kipa.co.il/חדשות/דרישה-ממלך-עבדאללה-פעל-להסרת-איורי-הגר/.

[28] The site www.facebook.com/mukaber.net became inactive in 2021.

28.     The prominent status of Ghassan Abu Jamal and Uday Abu Jamal within the PFLP's ranks was given extraordinary public expression by the PFLP at the convention it held on December 6, 2014, in the town of Ramallah (about 10 miles north of Jerusalem), to mark the 47th anniversary of the PFLP's founding. News agency video footage from inside the convention center shows that the backdrop of the stage from which PFLP leaders and other speakers addressed the convention audience featured two massive, floor-to-ceiling color posters, each the size of a small billboard: one featured the photographs of the PFLP's legendary founder and leader George Habash, its late Secretary-General Abu Ali Mustafa, and the current PFLP Secretary-General Ahmed Saadat. The other poster, of equal size and prominence, featured the photographs of Ghassan and Uday Abu Jamal.[29] It is difficult to overstate the significance for the PFLP of this display. The PFLP is a hyper-doctrinaire organization, which attaches great importance to symbolism, and exhibits an almost cultish reverence for its past and present leaders.[30] The fact that the PFLP created a very public graphic presentation of this type, which was sure to be televised (as in fact it was), featuring Ghassan and Uday Abu Jamal alongside, and with the same prominence as, the PFLP's legendary pantheon of top leaders, shows that Ghassan and Uday Abu Jamal were important PFLP operatives indeed.

29.     Similarly, on December 23, 2014, a veteran member of the PFLP's Political Bureau, Leila Khaled,[31] spoke at a memorial event in Amman, Jordan, hosted by the Democratic

---

[29] *See* Palmedia Media Center, Dec. 6, 2014, www.youtube.com/watch?v=ekM55CI6kFY, and Wattan News Agency, Dec. 6, 2014, https://www.youtube.com/watch?v=LN2ftkC4270.

[30] For example, in PFLP literature, PFLP founder George Habash is typically referred to not by his name, but simply as "Al-Hakim," which means both "the Doctor" and "the Sage." Similarly, PFLP publications (which are visually and graphically aesthetic) frequently feature highly stylized photographs or sketches of past and present PFLP leaders, often in dramatic or romanticized poses or postures.

[31] Leila Khaled has enjoyed iconic status within the PFLP for many decades. In 1969 she hijacked a TWA flight from Rome to Damascus, and in 1970 she attempted to hijack an El Al flight from Amsterdam to

Popular Unity Party.[32] The ceremony was dedicated to commemorating the 40th day since the "martyrdom" of Ghassan and Uday Abu Jamal in the November 18, 2014 attack,[33] as well as the 47th anniversary of the PFLP's establishment, and the 27th anniversary of the start of the First Intifada. During her speech, Leila Khaled pointed to the November 18, 2014 synagogue attack as proof that: "the Popular Front has never and will never give up on armed struggle in resistance to the Zionist enemy."[34]

30.    Since 2014 and until the present day, the PFLP has published numerous materials, including various statements, biographical profiles of Ghassan Abu Jamal and Uday Abu Jamal and memorial announcements (e.g., on the anniversary of the attack), as well as graphic audiovisual content, on its official websites, www.pflp.ps and www.abuali.ps, confirming and reiterating that the PFLP carried out the November 18, 2014, terror attack, and that Ghassan Abu Jamal and Uday Abu Jamal were important PFLP operatives.

---

New York. She was overpowered by security men, imprisoned in the UK, and soon therefore released in exchange for American hostages taken by the PFLP in a later hijacking. Aside from her senior position in the PFLP Political Bureau, she still frequently speaks publicly on behalf of the PFLP, both live and through videoconferencing (she is barred from many countries).

[32] The Jordanian Democratic Popular Unity Party was established in 1990. It is closely affiliated with the PFLP. *See e.g.* "The Party in Brief" (Arabic), https://www.wihdaparty.com/44.

[33] In Islam, the general period of mourning for a deceased person lasts for 40 days, and the 40th day itself has special significance and is often marked by memorial events and activities.

[34] A detailed report of the ceremony, including Leila Khaled's speech and her statement regarding the Har Nof attack, appears on the PFLP's website at: https://pflp.ps/post/9649/-ننتصر-والمقاومة-بالوحدة-شعار-تحت حزب-الوحدة-الشعبية-يؤين-شهداء-ال. Her statement is also quoted on the website of the Abu Ali Mustafa Brigades and the website of the Democratic Popular Unity Party, and was widely reported in the media at the time. *See* http://www.abuali.ps/news/1687; https://wihdaparty.com/-ننتصر-والمقاومة-بالوحدة-شعار-تحت بالصور-حزب-الوحدة-الشعبية-/حزب-ا; https://jo24.net/article/98325; www.almadenahnews.com/article/342714; يؤب-ن-شهداء-القدس-في-مهرجان-جماهيري-حاشد; www.alwatanvoice.com/arabic/news/2014/12/24/638305.html.

14

31.     Thus, in sum: the PFLP has repeatedly, consistently and publicly confirmed over the past 7 years – in multiple statements by top PFLP officials and on its official websites – that it executed the November 18, 2014, terrorist attack in Jerusalem.

32.     In my professional opinion and experience there is no reasonable basis to doubt these cumulative statements, for the following reasons:

33.     ***First***, as discussed above, as a **general** matter the PFLP is a highly disciplined, hierarchical organization, with strict internal mechanisms for authorizing terrorist attacks. Moreover, those characteristics were very strongly present in this **specific** case, where the top leaders of the PFLP waited a full day for the internal organizational authorization process to be completed, before the PFLP officially confirmed that it executed the November 18, 2014, attack.

34.     ***Second***, it is in fact very rare for a Palestinian terror organization to claim "credit" for a terror attack it did not commit. Competing claims of credit between Palestinian groups are rare.[35] False claims of credit can easily be exposed (e.g., by the actual perpetrators), which would result in serious a loss of credibility for the organization in the eyes of the Palestinian public and the world, as well as friction with the group that actually carried out the attack. The PFLP, which has always prided itself on transparency, honesty and credibility (as compared, e.g., to the Fatah faction), would be particularly careful to avoid such a situation.

35.     ***Third***, much of the Palestinian population lives within a fairly small geographical area and is strongly based on extended families and clans. Personal anonymity, even in an urban neighborhood, is effectively nonexistent, and privacy regarding matters occurring outside of the

---

[35] During the Second Intifada (roughly 2000-2005) the various Palestinian terror groups sometimes *jointly* carried out terrorist attacks; in those cases, typically, each participating organization would issue its own public statement confirming its involvement. Thus, on occasion, two groups "claimed responsibility" for the same attack – not due to a mistake or an attempt to "grab credit," but rather because *both* groups did participate in the execution of the attack.

home – such as political activities or organizational involvement – is very limited. Significant information about an individual is commonly known to members of the public in the vicinity of his or her home or workplace, and much more information is certainly known to fellow members of the extended family or clan (which can number many hundreds or even thousands of family members living in a single locale). Therefore, if a terror organization *falsely* claims that the known perpetrators of a terrorist attack (such as Ghassan and Uday Abu Jamal in this case) were members of the organization (here, the PFLP), the falsehood is quickly and easily exposed in the Palestinian public and the damage to the organization's long-term credibility far outweighs any advantage gained from the short-lived assumption of credit — sometimes dispelled within hours — for this or that terror attack. Simply put, because the PFLP greatly values its reputation for credibility in the eyes of the Palestinian public, it is extremely unlikely that the PFLP would risk almost certain harm to its reputation by repeatedly stating in public that Ghassan and Uday Abu Jamal were members of the PFLP, if they were not.

36.    These factors are strongly present in this case: Ghassan and Uday Abu Jamal were cousins from the neighborhood of Jabal Mukaber, a small, tightly-knit community in southeast Jerusalem. Many of the residents of Jabal Mukaber, including Ghassan and Uday Abu Jamal, are members of the extended Sawahira family.[36] If the PFLP's claim that Ghassan and Uday Abu Jamal were PFLP operatives were *not* true, the falsehood would have been exposed immediately by the residents of Jabal Mukaber and the extended Sawahira family, and the PFLP would have suffered a severe loss of credibility among Palestinians in the West Bank, Gaza, and beyond.

---

[36] The Sawahira family is a formerly nomadic Bedouin clan that settled in the area that is now Jabal Mukaber at the beginning of the last century. *See* https://amudanan.co.il/w/P551891.

16

37.    Yet, as detailed above, the PFLP set up a large sign in the Jabal Mukaber neighborhood identifying Ghassan Abu Jamal as a PFLP operative, and a photograph of the terrorists' joint gravestone showing that Ghassan and Uday Abu Jamal were PFLP operatives was published on a public news site, Mukaber.net ([www.facebook.com/mukaber.net/](www.facebook.com/mukaber.net/)), on December 31, 2014, and remained on that public site for nearly 7 years (until the site itself was shut down). Mukaber.net was directed to the Arabic-speaking residents of East Jerusalem and of Jabal Mukaber specifically, and as of November 3, 2020 it had over 130,000 followers.[37]

38.    Thus the PFLP did not hesitate to publicize the PFLP affiliation of Ghassan and Uday Abu Jamal in the heart of their home neighborhood, extended family and society without fear of losing credibility. And I have found no indication that anyone disputed or challenged the PFLP's assertion that Ghassan and Uday Abu Jamal were PFLP operatives.

39.    *Fourth*, the family of Ghassan and Uday Abu Jamal have explicitly confirmed that the pair were members of the PFLP's armed wing, the Abu Ali Mustafa Brigades. Thus, on November 20, 2014, the extended Sawahira/Abu Jamal family held a public memorial meeting to mark the deaths of Ghassan and Uday. One of the speakers at that family ceremony described the Har Nof terror attack as one of the "quality operations" of the Abu Ali Mustafa Brigades.[38]

40.    Similarly, a representative of Ghassan and Uday Abu Jamal's family, Sheikh Abu Khaled al-Sahuri, participated in the December 23, 2014, memorial ceremony in Amman discussed

---

[37] This is a very significant following, considering that the entire adult Arabic-speaking population of Jerusalem numbers less than 250,000 individuals. *See* [https://jerusaleminstitute.org.il/wp-content/uploads/2020/04/shnaton_C1220.pdf](https://jerusaleminstitute.org.il/wp-content/uploads/2020/04/shnaton_C1220.pdf).

[38] *See* [https://www.youtube.com/watch?v=IW-Au2433ak](https://www.youtube.com/watch?v=IW-Au2433ak) at 27:00.

17

above. In his speech at that ceremony, Sheikh al-Sahuri stated that Ghassan and Uday Abu Jamal "were members of the Abu Ali Mustafa Brigades"[39]

41.     Additionally, by placing (or allowing the placement of) a gravestone that identifies Ghassan and Uday Abu Jamal as PFLP operatives, their immediate family members also confirmed that they were in fact PFLP operatives.

42.     *Fifth*, terrorist attacks against Israeli targets carry the very real danger of a harsh Israeli response against the leadership and operatives of the organization involved. The release, by an organization, of a statement of responsibility for a terror attack, and the timing of that claim, are affected by operational and strategic considerations. The terror organizations consider, among other things, the danger from the exposure — as soon as the perpetrators' affiliation is published — of the members of the cell, their accomplices, and their families. They realize that when they publish a claim of responsibility, they could cause harm by exposing their methods of operation. The timing of publication is sensitive in itself, and could cause harm to the organization's plans for future actions or for ongoing activity. As soon as Israeli intelligence and law enforcement agencies understand that a particular terror organization perpetrated an attack, deterrent activity is focused against the organization's operatives at all levels to the point of threatening to paralyze its operations, whether in a limited zone or in the entire area. For all these reasons, Palestinian terror groups do not lightly admit to carrying out such attacks.

43.     *Sixth*, as discussed in Part III above, the synagogue attack was clearly executed by trained members of a terrorist organization, and I have been unable to locate any claim of

---

[39] *See* the sources cited in footnote 34 above. Sheikh al-Sahuri is a member of the Sawahira family (*id.*) and so a cousin of Ghassan and Uday Abu Jamal.

responsibility for the attack by any group except the PFLP, nor have I been able to find any connections between Ghassan Abu Jamal or Uday Abu Jamal, and any group other than the PFLP.

44. **Seventh**, as discussed in the Declaration of Dr. Matthew Levitt submitted in the above-captioned cases, the U.S. and Canadian government, and other authorities, have identified the PFLP as responsible for the November 18, 2014 synagogue attack.

45. Similarly, the Israeli government agency responsible for investigating and preventing terrorist attacks, the Israel Security Agency (ISA), has also concluded that the PFLP carried out the attack.[40] In my capacity as head of the Department of Palestinian Affairs at COGAT, I regularly received ISA reports and in my professional experience the factual findings and conclusions contained in ISA reports are highly reliable and are the fruit of professional, painstaking and conscientious intelligence and investigative work.

46. For the reasons detailed above, in my professional opinion and experience there is no reasonable doubt that the PFLP carried out the November 18, 2014 terrorist attack in Jerusalem.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 18, 2022

Arieh Dan Spitzen

---

[40] *See* ISA report, "The Foreign Funding of the PFLP Through the Network of 'Civil Society' Organizations," May 2, 2021 (available at https://pdfhost.io/v/U8mmrUnhq_ISA_Report_May_2_2021) at p. 4.