**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

DR. NORMAN HECHING, et. al.,

                Plaintiffs,                Civil Action No.  1:17-cv-1192-TSC

    v.

SYRIAN ARAB REPUBLIC,

                Defendant.

---

DR. NORMAN HECHING, et. al.,

                Plaintiffs,

                              Civil Action No.  1:17-cv-1659-TSC

    v.

ISLAMIC REPUBLIC OF IRAN,

                Defendant.

---

**NOTICE OF FILING PROPOSED MEMORANDUM OPINION**

Plaintiffs respectfully submit herewith a "Proposed Memorandum Opinion," further to their Expedited Motion to Adopt the Special Masters' Reports and Recommendations on Compensatory Damages, and for Entry of Final Default Judgment. (1:17-cv-1192, ECF 53).

The Proposed Memorandum Opinion is being submitted for the Court's consideration, in an effort to assist the Court in any way possible to resolve Plaintiffs' aforementioned motion, in the event that the Court finds it necessary to issue an opinion.

As discussed in their Motion, Plaintiffs respectfully request that final judgment enter now, with any opinion to be issued later, as was done recently by a judge of this Court in *Baxter, et al. v. Islamic Republic of Iran, et al*, 1:11-cv-02133-RCL, ECF No. 130 (May 13, 2025).

1

2

Respectfully submitted, May 16, 2025

Plaintiffs, by their attorney,

By:     /s/ Asher Perlin
Asher Perlin, Esq.
D.D.C. Bar No. FL0006
4600 Sheridan Street, Suite 303
Hollywood, Florida 33021
Tel. 786-687-0404
Email: asher@asherperlin.com
*Counsel for Plaintiffs*

2